UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALAS ULLOA JONATHAN NATANAEL,

       Petitioner,

   -against-

J.L. JAMISON, WARDEN, FCI OTISVILLE,

       Respondent.

23-CV-1247 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated February 15, 2023, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $5.00 fee required to file a writ of *habeas corpus* in this court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: April 11, 2023
    New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge