UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALAS ULLOA JONATHAN NATANAEL,<br><br>                              Petitioner,<br><br>         -against-<br><br>J.L. JAMISON, WARDEN, FCI OTISVILLE,<br><br>                              Respondent. | 23-CV-1247 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 11, 2023
              New York, New York

                                                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge